[No. 3451.]

HALL, Receiver, v. DeLong.

*Appeal from Otero District Court.* HON. J. E. RIZER, Judge.

Mr. FRED A. SABIN, Mr. CHARLES E. SABIN, for appellant.

Messrs. GLENN, BEALL & GOBIN, for appellee.

*Per Curiam.*—The judgment of the trial court is affirmed.                    *Per Curiam.*